LOMBARD & Co., INC., Respondent, v GERMAN De La ROCHE, Appellant.

Submitted October 27, 2008; decided November 24, 2008

Motion for reargument of motion for leave to appeal denied [*see* 11 NY3d 782 (2008)].